In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-349 CV


____________________



GOLD LEAF HOMES, INC. AND THOMAS W. REDMON III, Appellants



V.



MATEO GARCIA, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 03-08-06052






MEMORANDUM OPINION


 The appellants, Gold Leaf Homes, Inc. and Thomas W. Redmon III, filed a motion
to dismiss this appeal. The Court finds that this motion is voluntarily made by the appellants
prior to any decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No
other party filed a notice of appeal. The motion to dismiss is granted and the appeal is
therefore dismissed.

 APPEAL DISMISSED. 

 ___________________________

 CHARLES KREGER

 Justice

Opinion Delivered March 2, 2006

Before McKeithen, C.J., Kreger, and Horton, JJ.